IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **LEVON ALLEN** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **V.** | ) | **1:16-CV-4222** |
| | ) | |
| **RITE AID CORPORATION** | ) | |
| | ) | |
| **DEFENDANT,** | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Levon Allen file this Notice of Voluntary Dismissal with Prejudice of this action as to Defendant Rite Aid Corporation.

Dated this 22nd day of March, 2017.

Respectfully Submitted,

/s/Dorey N. Cole
Dorey N. Cole
Georgia Bar No. 489664
dorey@colelawgroup.com

Cole Law Group, LLC
1401 Peachtree St. NE Suite 500
Atlanta, Georgia 30309
678-832-1003 (Office)
800-734-8120 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017 a copy of the foregoing was served upon Defendant by mailing to the address indicated below with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service and/or electronic emailing to the following:

>Daniel E. Turner
>Littler Employment & Labor Law
>3344 Peachtree Road NE Suite 1500
>Atlanta, GA 30326
>DTurner@littler.com

>/s/Dorey N. Cole
>Dorey N. Cole
>Georgia Bar No. 489664
>dorey@colelawgroup.com

Cole Law Group, LLC
1401 Peachtree St. NE Suite 500
Atlanta, Georgia 30309
678-832-1003 (Office)
800-734-8120 (Fax)